**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. ANTHONY TRUPIA,<br><br>Plaintiff,<br><br><br>v.<br><br>1. SENTRY CREDIT, INC.,<br>2. TRUEACCORD CORP.,<br>3. KATIE NEILL,<br>4. MARK RAVANESI,<br>5. TINKER FEDERAL CREDIT UNION,<br>6. DAVE WILLIS,<br>7. AT&T INC. d/b/a AT&T U-VERSE, and<br>8. JOHN DOE d/b/a [DATA VENDOR],<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Removed from the District Court of Oklahoma County Case No. CJ-2026-6388 |

## NOTICE OF REMOVAL

Defendant Tinker Federal Credit Union ("TFCU") pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this case to the United States District Court for the Western District of Oklahoma. In support of removal, TFCU respectfully states as follows:

## GENERAL

1. This action is removable based on the Court's jurisdiction under 28 U.S.C. §§ 1331, 1367(a), and 1441(a) because Plaintiff's lawsuit is based on eleven (11) counts of alleged violations of federal law and one (1) count of alleged violations of state law over which this Court has supplemental jurisdiction. Specifically, Plaintiff alleges the following counts:

a. Count I – Fair Debt Collection Practices Act, 15 U.S.C. § 1692d and § 1692d(5) – Harassment and Abuse;

b. Count II - Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b) – Disclosure of Everett D.'s Account to Plaintiff;

c. Count III - Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b) – Disclosure of Plaintiff's Account to Strangers;

d. Count IV - Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(2)(A) and § 1692e(10) – False Representation of the Character, Amount, and Legal Status of the Debt;

e. Count V - Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(9) and § 1692e(14) – False Impression as to Source; Use of a Name Other Than the True Name;

f. Count VI - Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(10) – Fictitious Human Sender Names on Machine-Generated Communications;

g. Count VII – Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(11) – Failure to Disclose in the Initial Communication;

h. Count VIII - Fair Debt Collection Practices Act, 15 U.S.C. § 1692f and § 1692f(1) – Unfair and Unconscionable Means; Collection of an Amount Not Owed;

i. Count IX - Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a) – No Validation Notice on the Tinker Campaign (Pleaded in the Alternative to Count II);

j. Count X - Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a) – No Validation Notice on the AT&T Account;

k. Count XI – Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii) – Automatic Telephone Dialing System and Prerecorded or Artificial Voice; and

l. Count XII – Invasion of Privacy – Intrusion Upon Seclusion.

2. Pursuant to 28 U.S.C. § 1446(a), a notice of removal need only contain "a short and plain statement of the grounds for removal." 28 U.S.C. § 1446(a).

3. Removal to this Court is proper because the Petition was filed in the District Court of Oklahoma County, Oklahoma, which is situated in this judicial district.

4. Plaintiff Anthony Trupia ("Plaintiff") filed his Petition on August 10, 2026, against Defendants in the District Court of Oklahoma County, Oklahoma, Case No. CJ-2026-6388. A copy of the docket sheet, and copies of all pleadings, orders, and processes filed or served in the state court are attached hereto as Exhibits 1-2.

5. Written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal and supporting papers, will promptly be delivered to the Plaintiff and filed with the Clerk of the District Court of Oklahoma County, State of Oklahoma, as required by 28 U.S.C. § 1446(d).

## REMOVAL IS TIMELY

6. Defendant TFCU was served with process on August 14, 2026. (*See* Summons, attached hereto as Exhibit 3.) Defendant Dave Willis was served with process on August 14, 2026. (*See* Summons, attached hereto as Exhibit 4.) Defendant TrueAccord Corp. was served with process on August 14, 2026. (*See* Summons, attached hereto as Exhibit 5.) Defendant Sentry Credit, Inc. was served with process on August 17, 2026. (*See* Summons, attached hereto as Exhibit 6.) Defendant Katie Neill was served with process on August 24, 2026. (*See* Summons, attached hereto as Exhibit 7.) Defendant Mark Ravanesi was served with process on August 24, 2026. (*See* Summons, attached hereto as Exhibit 8.) The docket sheet does not reflect service upon Defendant AT&T Inc. This removal is therefore timely as having been filed within thirty days of service of process on TFCU.

**WHEREFORE**, because this Court has jurisdiction over Plaintiff's claims under 28 U.S.C. §§ 1331 and 1367, Defendant TFCU states that this action is properly removable and respectfully requests that this action now pending before the District Court of Oklahoma County, State of Oklahoma, be removed to this Court.

Respectfully submitted,

*s/Jeff C. Grotta*

Lyndon W. Whitmire, OBA No. 17164
Jeff C. Grotta, OBA No. 15774
PHILLIPS MURRAH P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
lwwhitmire@phillipsmurrah.com

jcgrotta@phillipsmurrah.com
***ATTORNEYS FOR DEFENDANT***
***TINKER FEDERAL CREDIT UNION***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2026, this *Notice of Removal* was filed with the Clerk of the Court using the ECF Filing System, and that a full, true, and correct copy was deposited in the regular United States mail, with proper first-class postage fully prepaid thereon, to the following who may or may not be registered participants of the EFC System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
***Plaintiff/Pro Se***

Dave Willis
c/o Tinker Federal Credit Union
715 Metropolitan Ave.
Oklahoma City, OK 73108-2054
***Defendant***

TrueAccord Corp.
c/o InCorp Services, Inc., Registered Agent
Braniff Building, 324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
***Defendant***

Sentry Credit, Inc.
c/o Michael B. Mathis, Registered Agent
2809 Grand Ave.
Everett, WA 98201
***Defendant***

Katie Neill
c/o TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 66219
***Defendant***

Mark Ravanesi
c/o TrueAccord Corp.
16011 College Blvd., suite 130
Lenexa, KS 66219
***Defendant***

*/s/ Jeff C. Grotta*
For the Firm