# EXHIBIT 3

TO INITIATING DOCUMENT

NOTICE OF REMOVAL

# PROOF OF SERVICE TO TINKER FEDERAL CREDIT UNION WITH CERTIFIED MAIL RECEIPT ENVELOPE

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA**

Anthony Trupia, Plaintiff, v. SENTRY CREDIT, INC., et al.

Case No. CJ-2026-________ **CJ- 2026 - 6388**

TINKER FEDERAL CREDIT UNION, Defendant.

RECEIVED
AUG 14 2026
TFCU LEGAL DEPT.

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

**TINKER FEDERAL CREDIT UNION**

c/o Officer or Managing Agent

715 Metropolitan Avenue

Oklahoma City, OK 73108-2054

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the office of the Court Clerk of Oklahoma County, 320 Robert S. Kerr Ave, Oklahoma City, OK 73102, within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff (or the Plaintiff if unrepresented) at the address listed below.

**Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 10 day of August, 2026.

RICK WARREN, COURT CLERK Oklahoma County District Court

By: ________________ DEPUTY COURT CLERK (SEAL)

**Attorney for Plaintiff (or Plaintiff's info):**

Anthony Trupia (Pro Se)

605 SE 21st St., Oklahoma City, OK 73129

516-984-0142, Trupiaar@gmail.com

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

9589 0710 5270 0969 1206 55

TINKER FEDERAL CREDIT UNION
c/o OFFICER OR MANAGING AGENT
715 METROPOLITAN AVE
OKLAHOMA CITY, OK 73108-2054

IDC 99

73108

U.S. POSTAGE
FCM LETTER
OKLAHOMA CITY, O
AUG 13, 2026
$11.89
S2324N506191-11