# EXHIBIT 4

TO INITIATING DOCUMENT

NOTICE OF REMOVAL

# PROOF OF SERVICE TO DAVE WILLIS WITH CERTIFIED MAIL RECEIPT ENVELOPE

IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA

Anthony Trupia, Plaintiff, v. SENTRY CREDIT, INC., et al.

Case No. CJ-2026-________ CJ- 2026 - 6388

DAVE WILLIS, Defendant.

RECEIVED
AUG 14 2026
TFCU LEGAL DEPT.

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

**DAVE WILLIS**

c/o Tinker Federal Credit Union

715 Metropolitan Avenue

Oklahoma City, OK 73108-2054

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the office of the Court Clerk of Oklahoma County, 320 Robert S. Kerr Ave, Oklahoma City, OK 73102, within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff (or the Plaintiff if unrepresented) at the address listed below.

**Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 10 day of August, 2026.

RICK WARREN, COURT CLERK Oklahoma County District Court

By: ______________________ DEPUTY COURT CLERK (SEAL)

**Attorney for Plaintiff (or Plaintiff's info):**


Anthony Trupia (Pro Se)

605 SE 21st St., Oklahoma City, OK 73129

516-984-0142, Trupiaar@gmail.com

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

RESTRICTED DELIVERY

RETURN RECEIPT REQUESTED

9589 0710 5270 0969 1206 62

PRESIDENT & CHIEF EXECUTIVE OFFICER
TINKER FEDERAL CREDIT UNION
715 METROPOLITAN AVE
OKLAHOMA CITY, OK 73108-2054

RESTRICTED DELIVERY

DC 99

73108

U.S. POSTAGE PA
FCM LETTER
OKLAHOMA CITY, OK
AUG 13, 2026
$20.69
S2324N506191-11