# EXHIBIT 5

TO INITIATING DOCUMENT

NOTICE OF REMOVAL

# PROOF OF SERVICE TO TRUEACCORD CORP. WITH CERTIFIED MAIL RECEIPT ENVELOPE

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA**

Anthony Trupia, Plaintiff, v. SENTRY CREDIT, INC., et al.

Case No. CJ-2026-__________ CJ- 2026 - 6388

TRUEACCORD CORP., Defendant.

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

**TRUEACCORD CORP.**

c/o InCorp Services, Inc., Registered Agent

Braniff Building, 324 North Robinson Avenue, Suite 100

Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the office of the Court Clerk of Oklahoma County, 320 Robert S. Kerr Ave, Oklahoma City, OK 73102, within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff (or the Plaintiff if unrepresented) at the address listed below.

**Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 10 day of August, 2026.

RICK WARREN, COURT CLERK Oklahoma County District Court

By: ______________________ DEPUTY COURT CLERK (SEAL)

**Attorney for Plaintiff (or Plaintiff's info):**

Anthony Trupia (Pro Se)

605 SE 21st St., Oklahoma City, OK 73129

516-984-0142, Trupiaar@gmail.com

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

CERTIFIED MAIL®

9589 0710 5270 0969 1206 24

RDC 99

73102

U.S. POSTAGE
FCM LETTER
OKLAHOMA CITY,
AUG 13, 2026

$11.89

S2324N506191-11

RETURN RECEIPT REQUESTED

TRUEACCORD CORP.
c/o INCORP SERVICES, INC., REGISTERED AGENT
BRANIFF BLDG, 324 N ROBINSON AVE,
STE 100
OKLAHOMA CITY, OK 73102

INCORP

# Service of Process Document

# TrueAccord Corp. (801771) [OK-FPC]

# Cover Sheet

| SOP Document Details | |
|---|---|
| ID# | 4205090 |
| Date time served | 08/14/2026 10:30 |
| Served via | Certified Mail |
| Nature of action | Lawsuit |
| Court | District Court of Oklahoma County, State of Oklahoma |
| Status | Viewed |
| Service status | Receipt Confirmed |
| Client notified on | 08/14/2026 11:49 |
| Case # | CS-2026-6388 |
| Plaintiff | Anthony Trupia |
| Notes: | |