# EXHIBIT 6

TO INITIATING DOCUMENT

NOTICE OF REMOVAL

# PROOF OF SERVICE TO SENTRY CREDIT, INC. WITH CERTFIED MAIL RECEIPT ENVELOPE

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA**

Anthony Trupia, Plaintiff, v. SENTRY CREDIT, INC., et al.

Case No. CJ-2026-________ CJ- 2026 - 6388

SENTRY CREDIT, INC., Defendant.

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

**SENTRY CREDIT, INC.**

c/o Michael B. Mathis, Registered Agent

2809 Grand Avenue

Everett, WA 98201

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the office of the Court Clerk of Oklahoma County, 320 Robert S. Kerr Ave, Oklahoma City, OK 73102, within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff (or the Plaintiff if unrepresented) at the address listed below.

**Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 10 day of August, 2026.

RICK WARREN, COURT CLERK Oklahoma County District Court

By: ____________________ DEPUTY COURT CLERK (SEAL)

**Attorney for Plaintiff (or Plaintiff's info):**

Anthony Trupia (Pro Se)

605 SE 21st St., Oklahoma City, OK 73129

516-984-0142, Trupiaar@gmail.com



Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

RETURN RECEIPT REQUESTED

**CERTIFIED MAIL**

9589 0710 5270 0969 1205 94

SENTRY CREDIT, INC.
c/o MICHAEL B. MATHIS, REGISTERED AGENT
2809 GRAND AVE
EVERETT, WA 98201

9820193417 C064

RDC 99

98201

FCM
OKLA
AUG 13,

$11.89

S2324N508191-11