# EXHIBIT 8

TO INITIATING DOCUMENT

NOTICE OF REMOVAL

# PROOF OF SERVICE TO MARK RAVANESI WITH CERTIFIED MAIL RECEIPT ENVELOPE

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA**

Anthony Trupia, Plaintiff, v. SENTRY CREDIT, INC., et al.

Case No. CJ-2026-________ CJ- 2026 - 6388

MARK RAVANESI, Defendant.

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:**

**MARK RAVANESI**

c/o TrueAccord Corp.

16011 College Boulevard, Suite 130

Lenexa, KS 66219

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the office of the Court Clerk of Oklahoma County, 320 Robert S. Kerr Ave, Oklahoma City, OK 73102, within twenty (20) days after service of this summons upon you, exclusive of the day of service.

Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff (or the Plaintiff if unrepresented) at the address listed below.

**Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 10 day of August, 2026.

RICK WARREN, COURT CLERK Oklahoma County District Court

By: ______________________ DEPUTY COURT CLERK (SEAL)

**Attorney for Plaintiff (or Plaintiff's info):**

Anthony Trupia (Pro Se)

605 SE 21st St., Oklahoma City, OK 73129

516-984-0142, Trupiaar@gmail.com

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0969 1206 4A

RDC 99

68219

U.S. POSTAGE
FCM LETTER
OKLAHOMA CITY,
AUG 13, 2026

**$20.69**

S2324N508191-11

MARK RAVANESI
CHIEF EXECUTIVE OFFICER,
TRUEACCORD CORP.
16011 COLLEGE BLVD, STE 130
LENEXA, KS 66219

RESTRICTED DELIVERY

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY

AUG 2 4 2026