# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA

Plaintiff(s)

vs. Case Number: CIV-26-2374

SENTRY CREDIT, INC., et al.

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Tinker Federal Credit Union

[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 3 day of September , 2026.

/s/Jeff C. Grotta
Signature

Jeff C. Grotta 15774
Printed Name Bar Number

Phillips Murrah P.C.
Firm Name

424 N.W. 10th Street, Suite 300
Address

Oklahoma City OK 73103
City State ZIP

405.235.4100 405.235.4133
Phone Fax

jcgrotta@phillipsmurrah.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on September 3, 2026 (Date), I served the same document by

- [x] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [x] E-Mail

on the following, who are not registered participants of the ECF system:

Anthony Trupia; Dave Willis; Sentry Credit, Inc; TrueAccord Corp.; Kaie Neill; and Mark Ravanesi.

Name(s) and Address(es):

/s/Jeff C. Grotta

Signature