**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Anthony Trupia, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. 5:26-cv-02374-J |
| Sentry Credit, Inc., et al., | ) | |
| Defendant(s) | ) | |

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, AT&T Inc..
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kerry R. Lewis 9/10/2026
Signature Date

Kerry R. Lewis
Print Name

Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC
Firm

P.O. Box 21100
Address

Tulsa Oklahoma 74121
City State Zip Code

(918) 582-1173
Telephone

klewis@rhodesokla.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

✔ I hereby certify that on September 10, 2026 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

✔ I hereby certify that on September 10, 2026, I filed the attached document with the Clerk of the Court and served the attached document by Email

on the following, who are not registered participants of the ECF System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Telephone: (516) 984-0142
Email: trupiaar@gmail.com

s/ Kerry R. Lewis
s/ Attorney Name