**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1) ANTHONY TRUPIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 5:26-cv-02374-J** |
| **1) SENTRY CREDIT, INC.,** | § | |
| **2) TRUACCORD CORP.,** | § | |
| **3) KATIE NEILL,** | § | |
| **4) MARK RAVANESI,** | § | |
| **5) TINKER FEDERAL CREDIT UNION,** | § | |
| **6) DAVE WILLIS,** | § | |
| **7) AT&T INC. d/b/a AT&T U-VERSE, and** | § | |
| **8) JOHN DOE d/b/a [DATA VENDOR],** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT, AT&T INC.'s, OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, AT&T Inc. ("AT&T"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby requests this Court enter an Order granting AT&T a twenty-one (21) day extension of time to respond to the Complaint filed by Plaintiff, Anthony Trupia ("plaintiff") and states:

1. On August 10, 2026, plaintiff commenced a civil action in the District Court of Oklahoma County, Oklahoma, entitled and captioned as *Anthony Trupia v. Sentry Credit Inc., et al.,* Case No. CJ-2026-6388 (the "State Court Action").

2. On September 3, 2026, co-defendant Tinker Federal Credit Union timely removed this matter from the District Court of Oklahoma County, Oklahoma to this Honorable Court. [Dkt. 1.]

3. AT&T did not file a responsive pleading in the State Court Action. Accordingly, AT&T's responsive pleadings are currently due on September 10, 2026.

4. AT&T recently retained counsel, and is in the process of reviewing the Complaint, account file and preparing an appropriate response. AT&T requests this extension not for purposes of delay, but so that it has additional time to complete its initial investigation and properly respond to the Complaint.

5. Counsel for AT&T conferred with the *pro se* plaintiff who has indicated he is opposed to an extension of time until October 1, 2026 for AT&T to respond to the Complaint.

6. This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this Motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, AT&T Inc., respectfully requests the Court to grant this Opposed Motion for Extension of Time to File a Response to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Kerry R. Lewis*

Kerry R. Lewis (OBA #16519)
Rhodes, Hieronymus, Jones, Tucker &
Gable, PLLC
P.O. Box 21100
Tulsa, OK 74121-1100
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
Email: klewis@rhodesokla.com

*Attorney for Defendant,*
*AT&T Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 9, 2026, I conferred via e-mail with *pro se* plaintiff, Anthony Trupia, regarding the relief requested herein and plaintiff indicated he was opposed to the extension.

*/s/ Kerry R. Lewis*
Kerry R. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Oklahoma and served on all parties and counsel of record via CM/ECF. A copy has also been sent via Email to the following:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
Telephone: (516) 984-0142
Email: trupiaar@gmail.com
*Plaintiff, pro se*

*/s/ Kerry R. Lewis*
Kerry R. Lewis