**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2374 |
| | ) | |
| 1. SENTRY CREDIT, INC., | ) | Removed from the District |
| 2. TRUEACCORD CORP., | ) | Court of Oklahoma County |
| 3. KATIE NEILL, | ) | Case No. CJ-2026-6388 |
| 4. MARK RAVANESI, | ) | |
| 5. TINKER FEDERAL CREDIT UNION, | ) | |
| 6. DAVE WILLIS, | ) | |
| 7. AT&T INC. d/b/a AT&T U-VERSE, and | ) | |
| 8. JOHN DOE d/b/a [DATA VENDOR], | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and All Parties of Record:

Enter my appearance as counsel in this case for Defendant, Dave Willis.

I certify that I am admitted to practice in this Court and registered to file documents electronically with this Court.

Respectfully submitted,

*s/Jeff C. Grotta*
Jeff C. Grotta, OBA No. 15774
PHILLIPS MURRAH P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
jcgrotta@phillipsmurrah.com
***ATTORNEYS FOR DEFENDANT***
***DAVE WILLIS***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2026, this *Entry of Appearance* was filed with the Clerk of the Court using the ECF Filing System, and that a full, true, and correct copy was deposited in the regular United States mail, with proper first-class postage fully prepaid thereon, to the following who may or may not be registered participants of the EFC System:

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129
***Plaintiff/Pro Se***

Kerry R. Lewis, OBA #16519
**RHODES, HIERONYMUS, JONES, TUCKER & GABLE, PLLC**
P.O. Box 21100
Tulsa, OK 74121-1100
Telephone: (918) 582-1173
klewis@rhodesokla.com
***Attorneys for Defendant AT&T Inc.***

Eugene Xerxes Martin, IV
Martin Golden Lyons Watts Morgan PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
Telephone: (214) 346-2630
xmartin@mgl.law
***Attorneys for Defendants Trueaccord Corp, Katie Neill, and Mark Ravanesi***

Eugene Xerxes Martin, IV
Martin Golden Lyons Watts Morgan PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
Telephone: (214) 346-2630
xmartin@mgl.law
***Attorneys for Defendant Sentry Credit, Inc.***

*/s/ Jeff C. Grotta*
For the Firm