**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2374-J |
| | ) | |
| SENTRY CREDIT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Defendant AT&T moves for additional time to response to Plaintiff's pro se Complaint. [Doc. No. 6]. The Court notes Plaintiff's objection, *see id.*, but nevertheless finds good cause for the extension. The motion is GRANTED and Defendant AT&T's deadline is extended to October 1, 2026.

IT IS SO ORDERED this 14th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE