**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANTHONY TRUPIA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. CIV-26-2374-J** |
| | ) | |
| **SENTRY CREDIT, INC.; TRUEACCORD CORP.; KATIE NEILL; MARK RAVANESI; TINKER FEDERAL CREDIT UNION; DAVE WILLIS; AT&T INC. d/b/a AT&T U-VERSE; and JOHN DOE d/b/a [DATA VENDOR],** | ) ) ) ) ) ) ) | |
| | | |
| **Defendants.** | | |

**<u>DEFENDANTS SENTRY CREDIT, INC., TRUEACCORD CORP., KATIE NEILL, AND MARK RAVANESI'S CONSENT TO REMOVAL</u>**

Defendants Sentry Credit, Inc., TrueAccord Corp., Katie Neill, and Mark Ravanesi (together as "Defendants"), by and through their undersigned counsel, respectfully submit their consent to removal filed by Tinker Federal Credit Union [Doc. 1], effective as of the removal date.

Respectfully submitted,

[Signature block on following page]

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
MARTIN GOLDEN LYONS
WATTS MORGAN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANTS SENTRY CREDIT, INC., TRUEACCORD CORP., KATIE NEILL, AND MARK RAVANESI***

Dated: October 1, 2026

## CERTIFICATE OF SERVICE

I certify that on October 1, 2026, a true copy of the foregoing document was served on all unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV